**Edward Hines Lumber' Company,. Appellant, v. John J. O'Heron et al., Appellees.**

**Gen. No. 18,287.   (Not to be reported in full.)**

Appeal from the Superior Court of Cook county; the Hon. THEODORE BRENTANO, Judge, presiding. Heard in this court at the March term, 1912. Affirmed. Opinion filed November 24, 1913.

## Statement of the Case.

Bill by Edward Hines Lumber Company, a corporation, against John O'Heron and others to enforce a mechanic's lien against the owner for lumber furnished as a subcontractor to a contractor. From a decree dismissing the bill for want of equity, complainant appeals.

ADAMS, BOBB & ADAMS, for appellant; JAMES B. WESCOTT, of counsel.

TINSMAN, RANKIN & NELTNOR and O'DONNELL & O'DONNELL, for appellees; EINAR C. HOWARD, of counsel.

MR. JUSTICE SMITH delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.

### Abstract of the Decision.

MECHANICS' LIEN, §. 24*—*necessity that material be retained in the building.* A subcontractor furnishing lumber to a contractor who uses it exclusively in the construction of moulds and forms for the erection of concrete foundations, removing the lumber after the concrete hardens, and none of it becoming part of the building, is not entitled to a mechanic's lien against the owner.

Following Rittenhouse & Embree Co. v. F. E. Brown & Co., 254 Ill. 549.